UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-10221-JGR |
| DECLARATION BREWING COMPANY ) | |
| ) | |
| ) | |
| EIN:   XX-XXX0112 ) | |
| ) | Chapter 11 |
| ) | |
| Debtor(s). ) | |

**DEBTOR'S VOLUNTARY MOTION TO DISMISS CHAPTER 11 CASE**

Declaration Brewing Company, the Debtor in the above-captioned Chapter 11 case, by and through Counsel, respectfully moves for this Court to enter an order dismissing the Debtor's case pursuant to 11 US §1112.  In support of this Motion, the Debtor avers and states as follows:

1. The Debtor filed for relief under Chapter 7 of the U.S. Bankruptcy Code on January 13, 2020 (Docket No. 1).

2. After filing of the case, the outbreak of COVID-19 caused the State of Colorado to issue a stay at home order and effectively shutter most hospitality and service businesses. The damage to the economy has not yet been assessed, and may not be for some time. However, the damage to Declaration Brewing Company was immediate and irreparable. The Debtor has been left with no income stream with which to reorganize.

3. Debtor has waited to file this motion in hopes that businesses would be allowed to reopen, and that a feasible plan could be put forth to pay the Debtor's creditors. This is no longer possible, and rehabilitation cannot take place.

WHEREFORE, the Debtor prays that this Court enter an order dismissing the Debtor's Chapter 11 case without prejudice, and for such other relief as the Court may deem appropriate under the U.S. Bankruptcy Code.

Date: <u>April 29, 2020</u>     Respectfully submitted:     */s/Devon M. Barclay*
                                                             Devon M. Barclay, #52663
                                                             Devon Barclay, PC
                                                             2435 Ingalls Street
                                                             Denver, CO 80214
                                                             Phone: 720-515-9887